UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :

MICHAEL ALEXANDER DAVID

: Bankruptcy No. 14-18024SR

Debtor(s) : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
Stephen Raslavich, B. J.

**Date: October 12, 2017**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

JERMAINE HARRIS ESQ
100 S BROAD ST
SUITE 1523
PHILADELPHIA PA 19110-1026

MICHAEL ALEXANDER DAVID
6037 LANSDOWNE AVE
PHILADELPHIA,PA.19151-