United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 14-18024-jkf
Michael Alexander David                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW          Page 1 of 2           Date Rcvd: Oct 12, 2017
                            Form ID: pdf900         Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2017.
db          +Michael Alexander David,   6037 Lansdowne Ave,    Philadelphia, PA 19151-3937
cr          +DITECH FINANCIAL LLC,   14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
13404140    +CHASE-BP,   P.O. BOX 15298,   WILMINGTON, DE 19850-5298
13404139    +Citibank Customer Service,   P.O. Box 6500,   Sioux Falls, SD 57117-6500
13455392    +Green Tree Servicing LLC, et al.,    c/o JOSHUA ISAAC GOLDMAN,    KML Law Group, P.C.,
              701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13897714    +Lakeview Loan Servicing, LLC,    c/o BRIAN CRAIG NICHOLAS,    KML Law Group, P.C.,
              701 Market Street,   Suite 5000,    Philadelphia, PA 19106-1541
13404137    +PINNACLE CREDIT SERVICES,    P.O.Box 5617,   HOPKINS, MN 55343-0493
13492857    +Wells Fargo Bank,   PO Box 63491 MAC A0143-042,   San Francisco, CA 94163-0001
13404138    +XEROX STATE AND LOCAL SO,   P.O.Box 41818,   PHILADELPHIA, PA 19101-1818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Oct 13 2017 01:39:50     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 13 2017 01:39:10
              Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 13 2017 01:39:36     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13418064     +E-mail/Text: bnc@atlasacq.com Oct 13 2017 01:38:48     Atlas Acquisitions LLC,   294 Union St.,
              Hackensack, NJ 07601-4303
13404136     +E-mail/Text: bankruptcy@cavps.com Oct 13 2017 01:39:32     CAVALRY PORTFOLIO SERVIC,
              500 SUMMIT LAKE DR,   SUITE 400,   VALHALLA, NY 10595-2322
13480097      E-mail/Text: bankruptcy@phila.gov Oct 13 2017 01:39:50     City of Philadelphia,
              Law Department Tax Unit,   Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA  19102-1595
13400952     +E-mail/Text: bankruptcy@cavps.com Oct 13 2017 01:39:32     Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
13460783      E-mail/Text: bankruptcy.bnc@ditech.com Oct 13 2017 01:38:53     Green Tree Servicing LLC,
              PO BOX 6154,   Rapid City, SD 57709-6154,   Telephone # 888-298-7785
13404135      E-mail/Text: bankruptcy.bnc@ditech.com Oct 13 2017 01:38:53     Green Tree Servicing LLC,
              P.O. Box 6172,   Rapid City, SD 57709-6172
13481959     +E-mail/Text: cio.bncmail@irs.gov Oct 13 2017 01:38:51     Internal Revenue Service,
              P O BOX 7346,   Philadelphia PA 19101-7346
13448532      E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 13 2017 01:39:30     Jefferson Capital Systems LLC,
              Po Box 7999,   Saint Cloud Mn 56302-9617
13414666      E-mail/Text: camanagement@mtb.com Oct 13 2017 01:38:54     M&T Bank,   PO Box 1288,
              Buffalo, NY 14240-1288
13404141      E-mail/Text: bankruptcygroup@peco-energy.com Oct 13 2017 01:38:53       PECO,
              2301 Market Street,   Philadelphia, PA 19103-1380
13437083     +E-mail/Text: bankruptcygroup@peco-energy.com Oct 13 2017 01:38:53       PECO Energy Company,
              Attn: Merrick Friel,   2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
                                                                                               TOTAL: 14

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: ChrissyW              Page 2 of 2                  Date Rcvd: Oct 12, 2017
                               Form ID: pdf900             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2017 at the address(es) listed below:
```
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Green Tree Servicing LLC, et al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              PAUL A.R. STEWART    on behalf of Debtor Michael Alexander David pstewart@legalhelm.com,
               jurisabnelson@gmail.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

Case 14-18024-jkf    Doc 101    Filed 10/14/17    Entered 10/15/17 01:05:44    Desc
Imaged Certificate of Notice    Page 2 of 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                :

MICHAEL ALEXANDER DAVID
                                                      : Bankruptcy No. 14-18024SR
        Debtor(s)                              : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
Stephen Raslavich, B. J.

**Date: October 12, 2017**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

JERMAINE HARRIS ESQ
100 S BROAD ST
SUITE 1523
PHILADELPHIA PA 19110-1026

MICHAEL ALEXANDER DAVID
6037 LANSDOWNE AVE
PHILADELPHIA,PA.19151-